IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**JAMES A. GIBSON**,<br><br>Defendant | NO. 5: 06-MJ-03-24 (CWH)<br><br>ORIGINAL VIOLATION: 21 U.S.C. §844(a) |

## ORDER AND BENCH WARRANT

Defendant **JAMES A. GIBSON** having twice failed to appear for SENTENCING as directed by the court,

IT IS HEREBY ORDERED AND DIRECTED that the United States Marshal, his authorized representative, or any authorized law enforcement officer immediately ARREST the said **JAMES A. GIBSON** and bring him before this court for proceedings in accordance with the Bail Reform Act of 1984.

SO ORDERED AND DIRECTED, this 28th day of AUGUST, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |